Melvin P. Ellison, as administrator, etc., against George W. Ford, as administrator, etc. No opinion. Judgment and order affirmed, with costs.

---

ELMORE & HAMILTON CONTRACTING CO. v. STATE. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Elmore & Hamilton Contracting Company, against the State of New York; County of Orange, appellant. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 62 Misc. Rep. 58, 115 N. Y. Supp. 1071.

---

ELTING, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Ely Elting against Mark Schwartz. No opinion. Judgment affirmed, with costs.

---

In re ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) In the matter of the appointment of a board of examiners to inquire into the operation of the jury system of the county of Erie. No opinion. Report of examining board received, approved, and filed.

---

EVANS, Respondent, v. EASTMAN KODAK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Clarence E. Evans, an infant, etc., against the Eastman Kodak Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon the authority of the decision in the same case on former appeal, reported at 129 App. Div. 768, 113 N. Y. Supp. 986.

KRUSE and ROBSON, JJ., dissent.

---

EVENHUIS, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Dorothy Evenhuis, by Anna M. Evenhuis, her guardian ad litem, against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

FAILLACE et al., Appellants, v. JOHNSON LIGHTERAGE CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Antonio S. Faillace and others against the Johnson Lighterage Company and another. No opinion. Judgments and order of the Municipal Court affirmed, with costs.

---

FALK et al., Appellants, v. AMERICAN WEST INDIES TRADING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Mortimer Falk and others against the American
118 N.Y.S.—70

West Indies Trading Company. S. K. Lichtenstein, for appellants. I. M. Aron, for respondent. No opinion. Judgment affirmed, with costs, on opinion in 180 N. Y. 445, 73 N. E. 239. Order filed.

---

FEINSTEIN, Respondent, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Abraham Feinstein against Michael T. Reynolds and others.

PER CURIAM. Motion denied, without costs, on condition that the appeal be perfected within 10 days and the case placed at the foot of the present calendar; otherwise, motion to dismiss the appeal granted, with costs.

---

FEINSTEIN, Respondent, v. REYNOLDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Abraham Feinstein against Michael T. Reynolds and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

FELKEL et al., Respondents, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Henry G. Felkel and another against the Syracuse, Binghamton & New York Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 117 N. Y. Supp. 1134.

---

FETHERSTON, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Elizabeth Fetherston, as administratrix, etc., of Andrew Fetherston, deceased, against the City of New York, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

---

FICKEN, Appellant, v. DEGNON CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Frederick Ficken against the Degnon Contracting Company. No opinion. Judgment unanimously affirmed, with costs.

---

FINNIE, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Michael Finnie against the Central Park, North & East River Railroad Company. C. E. Chalmers, for appellant. D. R. Almy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FISHER, Respondent, v. WAKEFIELD PARK REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department.

June 11, 1909.) Action by Anthony Fisher against the Wakefield Park Realty Company.

PER CURIAM. As it appears from the moving papers that the affirmance by default on May 7th did not involve the merits, and another appeal is pending which does, the motion to open the default is denied, with costs.

---

FISK, Jr., Respondent, v. FISK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by George Fisk, Jr., against Sumner Fisk.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that the nonsuit was proper, because there was no proof of conversion.

---

FITZGERALD, Respondent, v. SILVERMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Jermiah J. Fitzgerald against Samuel Silverman and another. No opinion. Motion to dismiss appeal granted, with costs.

---

FITZPATRICK, Respondent, v. BUFFALO UNION FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Katherine R. Fitzpatrick, as administratrix, etc., against the Buffalo Union Furnace Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

FLAGLER, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by Lizzie Flagler, as administratrix, against the Boston & Maine Railroad. No opinion. Judgment unanimously affirmed, with costs.

---

FLARETY et al., Appellants, v. SCHUPPENHAUER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Margaret Flarety and another, as administrators, etc., against John Schuppenhauer.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event, upon questions of fact. Held, that the decision is contrary to and against the weight of the evidence.

ROBSON, J., dissents. KRUSE, J., not sitting.

---

FLATBUSH MOTOR CAR CO., Respondent, v. SCHLEGEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by the Flatbush Motor Car Company against Oscar Schlegel. No opinion. Judgment of the Municipal Court affirmed, with costs.

FLEIKER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Otto Fleiker, as administrator, against the City of New York. M. Schaap, for appellant. T. Connolly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

FLYNN, Respondent, v. NEW YORK, A. & L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Cora B. Flynn against the New York, Auburn & Lansing Railroad Company. No opinion. Order affirmed, with costs.

---

FOLEY, Respondent, v. UTICA SANITARY MILK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by John H. Foley against the Utica Sanitary Milk Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 131 App. Div. 456, 115 N. Y. Supp. 418.

KRUSE, J., dissents.

---

FOOTE, Respondent, v. LEARY et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Elizur V. Foote, as executor, against Mary C. Leary, as administratrix, and others. C. Haldane, for appellants. R. E. Dwight, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FOX, Respondent, v. POWERS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Henry E. Fox against Eliza Powers and others. S. J. Rosensohn, for appellants. L. A. Sullivan, for respondent.

PER CURIAM. Order modified, by striking from the last clause thereof the words "to amend his complaint or." As so modified, order affirmed, without costs. Settle order on notice.

---

FRANK v. CARTER. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Amy N. Frank against William Carter. No opinion. Motion denied. Settle order on notice.

---

FRANK et al. v. CARTER et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Amy N. Frank and others against William Carter and others. C. H. Stoddard, for appellants. J. G. Moses, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

FRANK et al., Respondents, v. CARTER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Amy N. Frank and another against